cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eddie J. ADAIR, | Civil No. 10cv166 AJB |
| Petitioner, | |
| v. | Order Denying Motion To Stay |
| Matthew Cate, Secretary of the California Department of Corrections and Rehabilitation, | [Doc. No. 26] |
| Respondent. | |

  Petitioner, Eddie J. Adair, a state prisoner proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 with this Court on January 20, 2010, presenting four claims. In an Order [Doc. No. 3] dated January 27, 2010, the Court, having preliminarily determined that the Petition contained unexhausted claims, notified the Petitioner that he had not alleged exhaustion as to claims three and four[1] and presented the Petitioner with four options regarding his mixed petition. The Petition was dismissed without prejudice and with leave to amend on January 27, 2010, for failure to name a proper respondent.

  On February 10, 2010, the Petitioner filed a Motion to Change Respondent [Doc. No. 7] and a Motion for Stay and Abeyance. [Doc. No. 5.] On February 24, 2010, the Court issued an Order Sua Sponte Substituting Matthew Cate, Secretary of the California Department of Corrections and Rehabili-

---

[1] (*See* Pet., pgs. 15-20.)

1

tation, in place of Debra Dexter to avoid changing the Respondent again if Petitioner is transferred to another prison or paroled. [Doc. No. 9.] Petitioner's Motion for Stay and Abeyance [Doc. No. 5] was denied in a Report and Recommendation [Doc. No. 15] issued on June 16, 2010 and adopted on July 13, 2010 [Doc. No. 16].

The Petitioner filed a First Amended Petition (hereinafter "FAP") [Doc. No. 20] on August 11, 2010.  The parties consented to Magistrate Judge Jurisdiction on October 14, 2010 [Doc. No. 23]. Respondents filed an Answer to the FAP [Doc. No. 24] on October 25, 2010.  The Petitioner's Traverse was due on November 24, 2010, however, instead of filing a Traverse, the Petitioner instead filed another Motion for Stay and Abeyance on November 21, 2010, which is again a one sentence request that fails to demonstrate good cause.  For the same reasons set forth in this Court's Orders of June 16, 2010 [Doc. No. 15][2] and July 13, 2010 [Doc. No. 16], Petitioner's Motion for Stay and Abeyance [Doc. No. 26] is hereby DENIED.

Petitioner is hereby ORDERED to file his Traverse ***on or before March 1, 2011***.  The Petitioner is warned that ***no further extensions of time will be granted absent good cause*** and that failure to timely file his Traverse or file a request for an extension of time demonstrating good cause, will result in this Court issuing a ruling based on the First Amended Petition, Lodgments and Answer.

IT IS SO ORDERED.

DATED:  January 21, 2011

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

---

[2]